JAMES C. SAPIENZA, INCORPORATED, A CORPORATION, APPELLANT (RESPONDENT BELOW), v. ALEXANDER J. MILMOE, Sr., RESPONDENT (APPELLANT BELOW).

Submitted October 28, 1932—Decided January 5, 1933.

For the appellant (respondent below), *Milton M. Unger.*

For the respondent (appellant below), *Koehler & Augenblick.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court, and printed in 10 *N. J. Mis. R.* 135.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, BROGAN, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 13.

*For reversal*—None.